*E-Filed 2/29/16*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHARLES ANTHONY BROOKS, | No. C 16-00108 RS (PR) |
| Petitioner, | **ORDER OF DISMISSAL** |
| v. | |
| SAN MATEO SUPERIOR COURT, | |
| Respondent. | |

In 2015, petitioner filed a petition regarding the same state conviction at issue here. (Case No. 15-4877.)  The instant petition is therefore duplicative and accordingly is DISMISSED.  If there are any claims in the instant petition not raised in the prior action, petitioner should file an amended petition in Case No. 15-4877 that includes all claims he wishes to pursue.

Petitioner's motion to proceed *in forma pauperis* (Docket No. 2) is GRANTED.  The Clerk shall terminate Docket No. 2, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

DATED: February 29, 2016

RICHARD SEEBORG
United States District Judge

**United States District Court**
For the Northern District of California